UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2025

Daniel Diaz,

                   Plaintiff,

     -v-

Dora Maar USA Inc.,

                   Defendant.

--------------------------------------------------------------------X

25-cv-6868 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold a hearing on Plaintiff's motion for default judgment on January 29, 2026, at 2:00 p.m.  The parties are instructed to dial 646-453-4442, and input conference ID 358639322.

Plaintiff shall file any additional papers in support of default judgment no later than December 22, 2025.  Plaintiff shall follow Local Rule 55.2 and serve the motion for default judgment and related papers on Defendant by December 22, 2025, and file proof of service on the docket.  Defendant shall submit any responsive papers by January 22, 2026.

        SO ORDERED.

Dated: December 18, 2025
       New York, New York
                             LEWIS J. LIMAN
                        United States District Judge