**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL DIAZ<br><br>                    Plaintiff,<br><br>          vs.<br><br>DORA MAAR USA INC.,<br><br>                    Defendant. | **Case No. 1:25-cv-06868**<br><br><br>**PROPOSED ORDER ENTERING**<br>**DEFAULT JUDGMENT** |

Lewis J. Liman, United States District Judge:

This action having been  commenced on August 19, 2025 by the filing of the Complaint, a copy of the Summons and Complaint having been served on Dora Maar USA, Inc. ("Defendant") by personally serving Bryan Millner, a clerk in the office of the Secretary of State, of the State of New York, proof of service having been filed with the Court (see ECF Docket No. 5), Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

ORDERED, ADJUDGED AND DECREED, that default judgment is entered in favor of Plaintiff Daniel Diaz ("Diaz") against Defendant on all of Diaz's causes of action (i) awarding damages in the amount of $117,104.50 plus interest at twelve percent (12%) from November 5, 2024 to present, pursuant to Plaintiff's Declaration in Support of Damages; (ii) awarding Diaz's costs pursuant to Fed. R. Civ. P. 54(d)(1), to be taxed within 14 days after the entry of judgment; and (iii) awarding pre- and post-judgment interest.

FURTHER ORDERED, ADJUDGED AND DECREED, that no just reason for delay exists for entry of all claims for relief, and entry of judgment at this time would not create a risk of inconsistent judgments.

Dated: December __, 2025
        New York, New York

_____
Honorable Lewis J. Liman
United States District Court Judge