UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                   :

DANIEL DIAZ,                                                                                      :
                                                                                                              :
                    Plaintiff,                                                   :
                                                                                                              :                  25-cv-6868 (LJL)
      -v-                                                                                  :
                                                                                                              :                  ORDER
DORA MAAR USA INC.,                                                                   :
                                                                                                              :
                    Defendant.                                               :
                                                                                                              :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held a telephonic hearing today on Plaintiff's motion for default judgment. Plaintiff appeared. Defendant was served with papers noticing the hearing but did not attend. As discussed at the hearing, the Court grants leave to Plaintiff to serve additional evidence and legal authority by February 6, 2026, in support of Plaintiff's claim for American Express fees in the amount of $20,398.50. *See* Dkt. No. 20 ¶ 11. Defendant shall have until February 14, 2026 to reply. Absent a request, the Court will not conduct a new hearing on the motion for default judgment but will decide the matter on the papers.

Plaintiff shall serve a copy of this Order on Defendant by January 30, 2026, and shall file proof of service on the docket. Plaintiff shall also file proof that the supplemental papers have been served on Defendant by February 6, 2026.

SO ORDERED.

Dated: January 29, 2026
      New York, New York                                   _____
                                          LEWIS J. LIMAN
                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/29/2026