UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
Daniel Diaz,                                                       :
                                                                   :
                        Plaintiff,                                 :
                                                                   :            25-cv-6868 (LJL)
        -v-                                                        :
                                                                   :               ORDER
Dora Maar USA Inc.,                                                :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff is seeking a default judgment against Defendant Dora Maar USA Inc. On January 29, 2026, the Court permitted Plaintiff leave to file additional evidence in support of its claim for certain claimed damages. Dkt. No. 23. Plaintiff was ordered to serve that order on the Defendant, and to serve any supplemental statement papers on the Defendant by February 6, 2026. The docket does not reflect that Plaintiff has done either. Plaintiff is hereby ordered to serve both the January 29, 2026 order and its February 4, 2026 supplemental statement of damages, Dkt. No. 24, on Defendant by March 10, 2026. Failure to do so may result in the Court being unable to consider the submission. Defendant shall have until March 26, 2026 to respond. This order shall be served on Defendant and proof of service shall be filed on the docket by March 11, 2026.

SO ORDERED.

Dated: March 9, 2026
       New York, New York                          _____
                                                           LEWIS J. LIMAN
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/09/2026