**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL DIAZ | **Case No. 1:25-cv-06868** |
| Plaintiff, | |
| vs. | **ORDER ENTERING DEFAULT JUDGMENT** |
| DORA MAAR USA INC., | |
| Defendant. | |

Lewis J. Liman, United States District Judge:

This action having been commenced on August 19, 2025 by the filing of the Complaint, a copy of the Summons and Complaint having been served on Dora Maar USA, Inc. ("Defendant") by personally serving Bryan Millner, a clerk in the office of the Secretary of State, of the State of New York, proof of service having been filed with the Court (see ECF Docket No. 5), Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

ORDERED, ADJUDGED AND DECREED, that default judgment is entered in favor of Plaintiff Daniel Diaz ("Diaz") against Defendant on Diaz's breach of contract claim (i) awarding damages in the amount of $33,401.10; (ii) awarding Diaz's costs pursuant to Fed. R. Civ. P. 54(d)(1), to be taxed within 14 days after the entry of judgment; and (iii) awarding pre- and post-judgment interest.

FURTHER ORDERED, ADJUDGED AND DECREED, that no just reason for delay exists for entry of all claims for relief, and entry of judgment at this time would not create a risk of inconsistent judgments.

Dated: April 13, 2026
       New York, New York

_____
Honorable Lewis J. Liman
United States District Court Judge